UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON KEENEY *et al.*,

                           Plaintiffs,

-v-

CITY OF NEW YORK *et al.*,

                           Defendants.

25 Civ. 6933 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 19, 2025, defendants filed a motion to dismiss the first amended complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend a complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any second amended complaint ("SAC") by December 11, 2025. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by January 8, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no SAC is filed, plaintiff shall serve any opposition to the motion to dismiss by December 16, 2025. Defendants' reply, if any, shall be served by January 6, 2026. At the time any reply is served, the moving party shall supply the Court with two

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: November 20, 2025
       New York, New York