UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRANDON KEENEY *et al.*,<br><br>                    Plaintiffs,<br><br>          -v-<br><br>CITY OF NEW YORK *et al.*,<br><br>                    Defendants. | 25 Civ. 6933 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 19, 2025, defendants filed a motion to dismiss. Dkts. 12–13. The next day, the Court issued an order directing plaintiffs to amend their complaint or file an opposition to the motion to dismiss, and setting subsequent deadlines for either track. Dkt. 14.

Accordingly, the Court hereby adjourns the initial conference—currently scheduled for December 5, 2025—*sine die*. The Court will determine whether and when to hold such a conference after reviewing the fully briefed motion to dismiss.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2025
      New York, New York