UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRANDON KEENEY and WILLIAM PAYNE on behalf
of themselves and a collective of similarly situated
individuals

                                          Plaintiffs,

                - against -

THE CITY OF NEW YORK,

                                       Defendant.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**
25-cv-06933 (PAE)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint, dated January 29, 2026, and upon all the papers and proceedings previously had herein, Defendant will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable Paul A. Engelmayer, United States District Judge, on a date and time to be determined by the Court, for a judgment, pursuant to Federal Rule of Civil Procedure 12(b), dismissing on the grounds that Plaintiffs do not plead the basic facts necessary to support their minimum and overtime wage claims, and delayed payment claim under the Fair Labor Standards Act (FLSA).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Local Rule 6.1(b), and Judge Engelmayer's Order dated January 13, 2026, opposing affidavits shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests that the Court stay all discovery in this action pending a decision on Defendant's motion.

Dated:    New York, New York
          January 29, 2026

> **MURIEL GOODE-TURFANT**
> Corporation Counsel of the
>   City of New York
> Attorney for Defendants
> 100 Church Street, Room 2-146
> New York, New York 10007-2601
> (212) 356-2475
>
>
> By:    */s/ Karen K. Rhau*
>        Karen K. Rhau
>        Assistant Corporation Counsel

To:    **Tanvir H. Rahman, Esq.**
       **Gabrielle Rosen Harvey**
       **FILLIPPATOS PLLC**
       199 Main Street, Suite 800
       White Plains, New York 10601
       T: (914) 984-1111
       trahman@filippatoslaw.com
       Grosenharvey@filippatoslaw.com

Dkt. No. 25-cv-06933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEENEY ET AL.,

Plaintiffs,

- against –

THE CITY OF NEW YORK,

Defendant.

**DEFENDANT'S NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street, Room 2-146
New York, N.Y. 10007-2601

Of Counsel:  Karen K. Rhau
Telephone:  (212) 356-2475

Matter No.: 2025-007580

*Due and timely service is hereby admitted.*

*Dated: New York, N.Y.………………………….........202*

*Signed*.............................................................................

*Attorney for* ...................................................................

- 3 -